AO 94 (Rev 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

UNITED STATES OF AMERICA
V.
ANDRIANNE DAVIS MILLER

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:14-MJ-119-CSC | 1:14-CR-00054-CG |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a 18 U.S.C. 841(b)(1)(A)

**DISTRICT OF OFFENSE**
Southern District of Alabama

**DESCRIPTION OF CHARGES:**
Conspiracy to Possession w/Intent to Distribute Methamphetamine; Possession of List I Chemical

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language: _____

**DISTRICT**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_Aug. 20, 2014_
Date                                    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED AUG 22 '14 PM 1:10 USDC ALS

Case 2:14-mj-00119-CSC   Document 3 (Court only)   Filed 08/18/14   Page 1 of 1

**COURTROOM DEPUTY MINUTES**                           DATE: <u>AUGUST 18, 2014</u>

**MIDDLE DISTRICT OF ALABAMA**                         DIGITAL RECORDING: 2:01 - 2:09

- [X] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING JUDGE <u>CHARLES S. COODY</u>           COURTROOM DEPUTY: <u>WANDA STINSON</u>

CASE NO.: <u>2:14-MJ-119-CSC</u>                   DEFT. NAME: <u>ADRIANNE DAVIS MILLER</u>

AUSA: <u>BRANDON ESSIG</u>                         ATTY: <u>NICOLE RAMOS</u>

                                                   Type Counsel: ( ) Retained ( ) Panel CJA; ( ) Waived; ( ) FDO

USPTSO/USPO: <u>BLAKE TOLBERT</u>

Defendant_____ does <u>X</u> does NOT need an interpreter; NAME:_____

- [ ] Date of Arrest_____ [X] Rule 5 Arrest on <u>8/18/14 SD of AL</u> ; [ ] CUSTODY on WRIT
- [X] Deft. First Appearance. Advised of rights/charges. [ ] Pretrial Release ; [ ] Prob/Sup Rel Violator
- [X] Financial Affidavit executed [ ] to be obtained by PTS; [ ] ORAL Motion for Appt. Of Counsel
- [X] ORAL ORDER appointing Federal Defender - Notice to be filed. [ ] Deft. Previously Appt'd.
- [ ] ORAL ORDER appointing CJA Panel Attorney; [ ] Prepare voucher. [ ] Previously Appted
- [ ] Deft. Advises he will retain counsel. Has retained _____.
- [ ] Govt's WRITTEN Motion for Detention Hrg. filed. [X] Govt's ORAL (Motion for Detention Hrg.)
- [ ] Defendant's WAIVER (ORAL) Detention Hrg. [ ] WAIVER (ORAL) Prelim. Hrg.
- [X] DETENTION HRG. [X] Set for <u>8/21/14 @ 10:00</u> ; [ ] Prelim. Hrg Set for_____
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] BOND Hearing Set for _____ ; [ ] BOND Revocation Hrg. Set for_____
- [ ] BOND EXECUTED (R.5 charges) - deft to report to originating district as ordered
- [ ] BOND EXECUTED (M/D AL charges) $ _____. Deft released (LR).
- [ ] CONDITIONS OF RELEASE order entered. [ ] Deft. advised of conditions of release.
- [ ] ORAL ORDER releasing defendant on same conditions of release previously imposed..
- [X] ORAL ORDER Defendant remanded to Custody. [ ] Bond Not executed. [ ] DETAINER LODGED.
- [X] ORAL Identity/Removal Hearing [ ] set for _____ ; [X] WAIVER of Rule 5 & 5.1 Hrgs executed.
- [ ] COMMITMENT TO ANOTHER DISTRICT ORDER entered.
- [ ] PRELIMIN. REVOC. HRG Set for _____ [ ] WAIVER (ORALLY) of Preliminary Revoc.
- [ ] ARRAIGNMENT set for_____ ; [ ] HELD. Plea of NOT GUILTY entered.
  - [ ] Trial Term_____ [ ] PRETRIAL CONFERENCE set for_____
  - [ ] DISCOVERY DISCLOSURE DATE: _____ , 20 14

*[Certification stamp: "A True Copy. Certified to 8/20 Clerk, U.S. District Court, Middle District of Alabama BY Wanda Stinson Deputy Clerk"]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:14mj119-CSC |
| | ) | |
| ADRIANNE DAVIS MILLER | ) | |

**ORDER**

On August 18, 2014, the United States filed a motion for detention of the defendant. (Doc. # 5). In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was set for August 21, 2014. On August 20, 2014, the defendant, upon the advice of counsel and after being advised that a waiver of her right to a hearing would result in her detention, waived the hearing. (Doc. # 9). Therefore, it is

ORDERED that the motion to waive detention hearing (doc. # 9) and the motion for detention (doc. # 5) be and are hereby GRANTED. It is further

ORDERED that the detention hearing presently set for August 21, 2014 be and is hereby CANCELED.

Done this 20th day of August, 2014.

                                         /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE

ATTEST: A True Copy.
Certified to _____ 8/20, 20 14
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
                Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:14-mj-00119-CSC |
| ) | |
| ADRIANNE DAVIS MILLER ) | |

## MOTION TO WAIVE DETENTION HEARING

NOW COMES the Defendant, **ADRIANNE DAVIS MILLER**, by and through undersigned counsel, William McGeachy, and respectfully notifies this Court of Ms. Miller's intent to waive her rights to a detention hearing in the Middle District of Alabama.

Ms. Miller understands that she has been charged in a multi-count indictment in the Southern District of Alabama. On August 18, 2014, Ms. Miller appeared before this Court for an initial appearance, and Ms. Miller was informed of her right to a detention hearing in this district. At that time, Ms. Miller requested that a detention hearing be set, and this Court set that hearing for August 21, 2014, at 10:00 a.m.

After consulting with undersigned, Ms. Miller now feels that it is in her best interest to waive her right to a detention hearing in this district and return to the Southern District of Alabama to hold any hearings to which she would be entitled there. As such, Ms. Miller respectfully waives her right to a detention hearing in this district, and requests that she be transferred to the Southern District of Alabama where she will exercise any rights to an identity hearing, production of the warrant, and any preliminary or detention hearing to which she may be entitled in that district.

Ms. Miller further asks that the detention hearing currently scheduled for August 21, 2014, be CANCELLED.

ATTEST: A True Copy.
Certified to _____ 8/20 , 20 14
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

This 20th day of August, 2014.

        Respectfully submitted,

        <u>s/ William A. McGeachy</u>
        WILLIAM A. McGEACHY
        Federal Defenders, Middle District of Alabama
        817 South Court Street
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: william_mcgeachy@fd.org
        ASB-0808-I55M

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:14-mj-00119-CSC |
| | ) | |
| ADRIANNE DAVIS MILLER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

s/ William A. McGeachy
WILLIAM A. McGEACHY
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CR. NO. 2:14-mj-00119-CSC-1 |
| | ) |
| ADRIANNE DAVIS MILLER | ) |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____     10 + year crime of violence (18 U.S.C. § 3156)

    _____     10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____     Maximum sentence of life imprisonment or death

    \_\_x\_\_\_     10 + year drug offense

    _____     Felony, with two prior convictions in the above categories

    _____     Felony involving a minor victim

    _____     Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____     Failure to register as a sex offender (18 U.S.C. § 2250)

    \_\_x\_\_\_     Serious risk the defendant will flee

    _____     Serious risk of obstruction of justice

ATTEST: A True Copy.   8/20
Certified to _____, 20 14
Clerk, U.S. District Court,
Middle District of Alabama

_____
Deputy Clerk

2. <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

| __x__ | Defendant's appearance as required |
| __x__ | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

| _____ | Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described |
| __x__ | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
| _____ | Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a) |
| _____ | Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)) |
| _____ | Probable cause to believe defendant committed 10 + year offense involving a minor victim |

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

At the initial appearance

| __x__ | After continuance of <u>3</u> days |

2

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 18th day of August, 2014.

                GEORGE L. BECK, JR.
                UNITED STATES ATTORNEY

                /s/Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, AL 36104
                (334) 223-7280
                (334) 223-7138 fax
                Susan.Redmond@usdoj.gov

AO 466A (Rev 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:14-MJ-119-CSC |
| ADRIANNE DAVIS MILLER | ) | |
| | ) | Charging District's Case No.   1:14-CR-00054-CG |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    SOUTHERN DISTRICT OF ALABAMA

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X]   an identity hearing and production of the warrant.

[ ]   a preliminary hearing.

[ ]   a detention hearing.

[ ]   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/18/14

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

ATTEST: A True Copy. 8/20, 20 14
Certified to _____
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Deputy Clerk

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:14-mj-00119-CSC-1
#### Internal Use Only

Case title: USA v. Miller                                    Date Filed: 08/18/2014

Assigned to: Honorable Judge Charles
S. Coody

**Defendant (1)**

**Adrianne Davis Miller**                represented by      **Federal Defender**
                                                              Federal Defenders
                                                              Middle District of Alabama
                                                              817 South Court Street
                                                              Montgomery, AL 36104
                                                              334-834-2099
                                                              Fax: 834-0353
                                                              Email: ECFCMALM@fd.org
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Public Defender or*
                                                              *Community Defender Appointment*
                                                              **Bar Status: US Attorney-and other**
                                                              **Special**

                                                              **William A. McGeachy**
                                                              Federal Defenders, Middle District of
                                                              Alabama
                                                              817 South Court Street
                                                              Montgomery, AL 36104
                                                              334-834-2099
                                                              Fax: 334-834-0353
                                                              Email: william_mcgeachy@fd.org
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              **Bar Status: US Attorney-and other**
                                                              **Special**

                                                              **Stephen P. Ganter**
                                                              Federal Defenders
                                                              Middle District of Alabama

ATTEST: A True Copy. 8/20, 2014
Certified to
Clerk, U.S. District Court,
Middle District of Alabama
BY [signature] Deputy Clerk

817 South Court Street
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: Stephen_Ganter@fd.org
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841(b)(1)(A) POSSESSION W/INTENT TO DISTRIBUTE METHAMPHETAMINE | |

---

**Plaintiff**
**USA**  represented by  Louis V. Franklin , Sr.
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: louis.franklin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U S Attorney*
**Bar Status: US Attorney-and other Special**

Susan R. Redmond
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2014 | | Arrest (Rule 5) of Adrianne Davis Miller (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | 1 | CJA 23 Financial Affidavit by Adrianne Davis Miller (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Adrianne Davis Miller. Signed by Honorable Judge Charles S. Coody on 8/18/14. (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | 2 | WAIVER of Rule 32.1 Hearing by Adrianne Davis Miller (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | | ORAL MOTION for Detention by USA as to Adrianne Davis Miller. (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | 3 | Minute Entry for proceedings held before Honorable Judge Charles S. Coody:Initial Appearance in Rule 5(c)(3) Proceedings as to Adrianne Davis Miller held on 8/18/2014 (PDF available for court use only) (Recording Time FTR: 2:01 - 2:09.) (ws, ) (Entered: 08/18/2014) |
| 08/18/2014 | 4 | NOTICE OF ATTORNEY APPEARANCE Susan R. Redmond appearing for USA. (Redmond, Susan) (Entered: 08/18/2014) |
| 08/18/2014 | 5 | MOTION for Detention by USA as to Adrianne Davis Miller. (Redmond, Susan) Modified on 8/18/2014 (ws, ). (Entered: 08/18/2014) |
| 08/18/2014 | 6 | ORDER as to Adrianne Davis Miller re 5 MOTION for Detention MOTION for Detention filed by USA (incorporating Order of Temporary Detention Pending Hearing as to Adrianne Davis Miller) Detention Hearing is set for 8/21/2014 at 10:00 AM in Courtroom 4B before Honorable Judge Charles S. Coody. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing. Signed by Honorable Judge Charles S. Coody on 8/18/14. (ws, ) (Entered: 08/18/2014) |

| 08/19/2014 | 7 | NOTICE OF ATTORNEY APPEARANCE: William A. McGeachy appearing for Adrianne Davis Miller (McGeachy, William) (Entered: 08/19/2014) |
|---|---|---|
| 08/19/2014 | 8 | NOTICE OF ATTORNEY APPEARANCE: Stephen P. Ganter appearing for Adrianne Davis Miller (Ganter, Stephen) (Entered: 08/19/2014) |
| 08/20/2014 | 9 | MOTION Waive Detention Hearing by Adrianne Davis Miller. (McGeachy, William) (Entered: 08/20/2014) |
| 08/20/2014 | 10 | ORDER as to Adrianne Davis Miller granting 9 MOTION to Waive Detention Hearing filed by Adrianne Davis Miller. It is further ORDERED that the detention hearing presently set for August 21, 2014 be and is hereby CANCELED. Signed by Honorable Judge Charles S. Coody on 8/20/14. (ws, ) (Entered: 08/20/2014) |
| 08/20/2014 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Adrianne Davis Miller. Defendant committed to District of Southern District of Alabama.. Signed by Honorable Judge Charles S. Coody on 8/20/14. (ws, ) (Entered: 08/20/2014) |