

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711



**DEBRA P. HACKETT, CLERK OF COURT**                    TELEPHONE  (334) 954-3600

August 20, 2014

Clerk of Court
United States Courthouse
Southern District of Alabama
113 St. Joseph Street, Rm 123
Mobile, AL 36602

RE:   **United States v. Adrianne Davis Miller**

   **Case No. 2:14-MJ-119-CSC; Charging District Case No.: 1:14-CR-00054-CG**

Dear Clerk of Court:

Pursuant to Rule 5(c)(3) of the FRCr.P, please find enclosed the following documents concerning the above referenced case:

Minutes of Initial Appearance, Financial Affidavit, Waiver of Rule 5 Hearing, Docket Sheet, Motion for Detention Hearing, Motion to Waive Detention Hearing, Order and Commitment to Another District.

Should you have any questions, please to not hesitate to call. Please acknowledge receipt on the enclosed copy of this letter and return.

Sincerely,

DEBRA P. HACKETT, Clerk

By: *Wanda Stinson*
Deputy Clerk

Enclosures

### ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

This is to acknowledge receipt of the above documents in the above-referenced case on this 22nd day of Aug. 2014.

BY: _____