# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 14-00054-CG |
| ) | |
| ADRIANNE DAVIS MILLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court having been advised that the defendant has been arrested in accordance with the Warrant issued on February 2, 2015 (Doc. 143), a bond revocation hearing is hereby set for **Monday, February 9, 2015 at 1:30 p.m.,** to be held in courtroom 2B, United States Courthouse, Mobile, Alabama.  The defendant shall **REMAIN** in the custody of the United States Marshal pending the hearing.

The United States Marshal is **ORDERED** to produce the defendant for the revocation hearing.

**DONE and ORDERED** this 6th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE