IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-0054-004 |
| | * | |
| ADRIANNE DAVIS MILLER | * | |

### DEFENDANT'S POSITION RELATING TO PRESENTENCE INVESTIGATION AND GUIDELINE FACTORS

COMES NOW, Defendant Adrianne Davis Miller, by and through her undersigned counsel, and responds as follows to the presentence investigation report and guideline factors and calculations contained therein:

1. At Paragraph 22, Specific Offense Characteristics, the Defendant is given a two level enhancement due to the possession of a dangerous weapon by a Co-Defendant.

2. Defendant objects to this enhancement.

Respectfully Submitted,

/s/James B. Pittman, Jr.
JAMES B. PITTMAN, JR.

OF COUNSEL:
JAMES B. PITTMAN, JR., P.C.
P.O. Box 2525
Daphne, AL  36526
Telephone: (251)626-7704
Fax: (251)626-8202

### CERTIFICATE OF SERVICE

I certify that I have on this 9th day of February, 2015 served a copy of the foregoing by Electronic Notification to all attorneys of record.

/s/James B. Pittman, Jr.
JAMES B. PITTMAN, JR.