IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 14-00054-CG |
| | * | |
| ADRIANNE DAVIS MILLER | * | |

**POSITION REGARDING PRESENTENCE INVESTIGATION REPORT**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and responds to the presentence investigation report and the guideline calculations contained therein as follows:

1. The Government submits that the defendant is not entitled to an adjustment for acceptance of responsibility. The Government is seeking to revoke her conditions of release based upon her admissions to her supervising probation officer that she is presently using methamphetamine intravenously and that she made false statements about her living arrangements. The Government submits that this conduct does not meet the test for showing that the defendant has accepted responsibility. The defendant bears the burden of demonstrating acceptance of responsibility and must present more than a mere guilty plea. *United States v. Sawyer*, 180 F.3d 1319, 1323 (11th Cir. 1999). Engaging in unlawful conduct while on pretrial release is evidence that the defendant has not accepted responsibility within the meaning of this guideline. *United States v. Pace*, 17 F.3d 341, 343 & n.6 (11th Cir. 1994). Unlawful use of controlled substances is conduct which shows lack of "authentic remorse." *Id.*, citing *United States v. O'Neil*, 936 F.2d 599, 601 (1st Cir. 1991).

2. In the instant case, the defendant has resumed the use of controlled substances through

intravenous injection, and this occurring after she received drug treatment and a so-called graduation from that program. In addition, the Government understands that the defendant admitted that she made false representations to the pretrial officer relating to her place of residence. Under these circumstances, the Government submits that the defendant has failed to establish evidence of acceptance of responsibility.

3. Accordingly, the Government objects to paragraphs 17 through 19, and 28 and 29, and submits that the adjustments for acceptance of responsibility are due to be denied.

4. The Government has consulted with the attorney for the defendant regarding its objection, and counsel for the defendant does not agree with the Government's position on acceptance of responsibility.

5. Otherwise, the Government has no additional objections to the guideline calculations contained in the report.

WHEREFORE, the Government files its objection to the presentence investigation report as indicated herein.

    Respectfully submitted,

    KENYEN R. BROWN
    UNITED STATES ATTORNEY

    By: s/Gloria A. Bedwell
    Gloria A. Bedwell
    Assistant United States Attorney
    Bedwg1000
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251)441-5131 (fax)
    (251)441-5845

## **CERTIFICATE OF SERVICE**

       I certify that I have filed a copy of the same with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant by email, this 9th day of February, 2015.

                                              s/Gloria A. Bedwell
                                              Gloria A. Bedwell
                                              Assistant United States Attorney