# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ADDRIANNE DAVIS MILLER, <br> # 15437-002, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CRIMINAL NO. 14-00054-CG-B** <br> ) **CIVIL ACTION NO. 16-00181-CG-B** <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 13, 2019 (Doc. 415) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Adrianne Davis Miller's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, including all addendums thereto (Docs. 351, 352, 354, 359), is **GRANTED** as to the out-of-time appeal, and **DISMISSED** without prejudice as to all other claims. Petitioner's amended judgment in the underlying criminal case (1:14-cr-00054-CG-B-4, Doc. 256) is **VACATED**. Simultaneous with the entry of this Order, the Court is entering a new judgment that reimposes the same sentence, identical in all respects to the amended judgment (id.), save only for the date of entry.

Petitioner is **HEREBY ADVISED** that with the entry of the new judgment, she shall have all the rights associated with an appeal from any criminal sentence,

and that, if she cannot afford a lawyer to represent her on appeal, one will be appointed for her. The Court also specifically advises Petitioner that the entry of the new judgment creates a fourteen-day period within which Petitioner may prosecute a direct appeal of her criminal conviction or sentence. Thus, Petitioner shall have **fourteen (14) days** from the date of entry of the new judgment to file a notice of appeal.

Finally, the Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **ENTER** an appropriate final judgment in this civil case in favor of Petitioner.

**DONE and ORDERED** this 26th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE