IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADDRIANNE DAVIS MILLER, ) | |
| # 15437-002, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 14-00054-CG-B |
| vs. ) | CIVIL ACTION NO. 16-00181-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that, in accordance with the Court's Order adopting the Report and Recommendation of the Magistrate Judge, granting Petitioner Adrianne Davis Miller's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 as to the out-of-time appeal, dismissing Petitioner's motion without prejudice as to all other claims, and vacating the amended judgment in Petitioner's underlying criminal case (1:14-cr-00054-CG-B-4, Doc. 256), with a new judgment to be re-imposed in the criminal case, **JUDGMENT** is hereby **ENTERED** in favor of the Petitioner, and this case stands closed.

**DONE and ORDERED** this 26th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE